**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 10-cv-01478-REB-CBS

JONATHAN ESTES,

      Plaintiff,

v.

DOCTOR J. G. FORTUNATO,
CAPTAIN MICHAEL NEGLEY, and
MARY COX,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The

court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from

each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore,

that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated July 22, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01478-REB-CBS

Jonathan Estes
Prisoner No. 123035
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Dr. J.G. Fortunato, Captain Michael Negley and Mary Cox – **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Dr. J.G. Fortunato, Captain Michael Negley and Mary Cox: COMPLAINT FILED 6/23/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/22/10.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk