**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-01478-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 8, 2010 | **Courtroom Deputy:** Linda Kahoe |

JONATHAN ESTES, *Pro se (via phone)*

    Plaintiff,

v.

J.G. FORTUNATO, *et al.,*                     Christopher Wayne Alber

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in session:**   9:28 a.m.
Court calls case. Appearance of counsel. *Mr. Estes appears pro se via telephone.*

Discussion regarding Defendants' Motion to Dismiss, doc #[18], filed 9/24/2010.

Discussion regarding Plaintiff's Motion to Amend and/or Add Defendants to Civil Suit, doc #[27], filed 10/21/2010.

**ORDERED:**   Plaintiff's Motion to Amend and/or Add Defendants to Civil Suit, doc #[27], is **DENIED WITHOUT PREJUDICE**. Plaintiff may file a new Unopposed Motion for Leave to Amend on or before **NOVEMBER 22, 2010.** The Plaintiff shall attach to the Motion, a single Amended Complaint which includes all of his claims and all of the Defendants.

              In allowing Plaintiff to file a new Motion for Leave to Amend and a new Amended Complaint, the court is doing so without prejudice to the Defendants' rights to assert any arguments that are available under Rule 12.

              Once the Amended Complaint is filed, the Defendants' current Motion to Dismiss, doc #[18], will become **MOOT** and Defendants will have an opportunity to respond to the new Amended Complaint.

**ORDERED:**  A Status Conference is set for **8:30 a.m. on Monday, NOVEMBER 29, 2010** to discuss the status of the two new Defendants, and to set a schedule for responding to the new Amended Complaint.  *(Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 promptly at the scheduled time.)*

Discussion regarding Defendants' Motion to Stay Discovery, doc #[20], filed 9/24/2010.

**ORDERED:**  Defendants' Motion to Stay Discovery, doc #[20], is **DENIED WITHOUT PREJUDICE** to the Defendants' right to re-file their Motion to Stay Discovery on the basis of qualified immunity.  The court enters its own **STAY** of discovery based upon its inherent authority to control the docket.  **ALL DISCOVERY IS STAYED** pending the filing of a new Amended Complaint, and pending the Status Conference set for November 29, 2010.  The court will take up the issue of discovery and any further stay of discovery at the Status Conference on November 29, 2010.

Discussion regarding Plaintiff's requests for appointment of counsel.

HEARING CONCLUDED.

**Court in recess:**      9:54 a.m.
Total time in court:    00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.