**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-01478-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 29, 2010 | **Courtroom Deputy:** Linda Kahoe |

JONATHAN ESTES, *Pro se (via phone)*

    Plaintiff,

    v.

J.G. FORTUNATO, *et al.,*     Christopher Wayne Alber

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session:**     **8:36 a.m.**

Court calls case. Appearance of counsel. *Plaintiff is pro se and appears via phone.*

Discussion regarding Plaintiff's Motion to Amend Complaint, doc #[37], filed 11/23/2010.

**ORDERED:** Plaintiff's Motion to Amend Complaint, doc #[37] is **GRANTED**. The court is treating doc #[37] as the Amended Complaint, and as such, the Amended Complaint is **DEEMED FILED AS OF TODAY'S DATE.**

HEARING CONCLUDED.

**Court in recess:**     **8:46 a.m.**
Total time in court:     00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.