IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-01478-REB-CBS

JONATHAN ESTES,

    Plaintiff,
v.

DOCTOR J. G. FORTUNATO,
ELRID J. MOON, and
CAPTAIN NEGLEY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2010

GREGORY C. LANGHAM
CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from defendants, Elrid J. Moon and Captain Negley;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the **Amended Complaint** [#37] filed November 23, 2010, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on defendants, Elrid J. Moon and Captain Negley; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated December 14, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01478-REB-CBS

Jonathan Estes
Prisoner No. 132035
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Elrid J. Moon, and Captain Negley – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Christopher Wayne Alber
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Elrid J. Moon, and Captain Negley: AMENDED COMPLAINT FILED 11/23/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/14/10.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk